UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:20 CR 262 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTIAN FERGUSON, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

      On April 20, 2023 the Sixth Circuit United States Court of Appeals issued a Copy of Opinion reversing the District Court's Judgment of conviction as to Christian Ferguson, (ECF No. 83). On May 12, 2023 the Sixth Circuit issued a True Copy of Mandate as to the same, (ECF No. 84). Therefore, consistent with the Sixth Circuit Court's position and subsequent Mandate, Defendant Christian Ferguson shall be immediately released from the custody of the Bureau of Prisons

      IT IS SO ORDERED.

      */s/SOLOMON OLIVER, JR.*
      UNITED STATES DISTRICT JUDGE

May 16, 2023